

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK



GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone (303) 844-3433
www.cod.uscourts.gov

2/29/2008

U.S. District Court
Southern District of California
940 Front Street
San Diego, CA 92101-8900

'08 CR 7013 IEG

Colorado Case Number: 04-cr-00052-WYD
Alejandro Estrada-Canare, a/k/a Gabriel Rodriguez-Garcia
California case number: not listed

Dear sir or madam,

The above numbered case has been ordered transferred to your district pursuant to an order of this court.
You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.
Please acknowledge receipt by date stamping and returning a copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Gregory C. Langham, Clerk

by: s/Tracey Lee
    Deputy Clerk

'08 CR 7013 IEG

| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 04-cr-00052-WYD-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Alejandro<br>A~~lejandro~~ Estrada-Canare<br>a/k/a Gabriel Rodriguez-Garcia | DISTRICT<br>District of Colorado | DIVISION<br>Denver |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Wiley Y. Daniel | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 11/08/05   TO 11/07/08 |

OFFENSE   8 USC 1326(a) and (b)(2) –
Unlawful Re-entry of a Deported Alien Subsequent to Deportation for an Aggravated Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/31/08
Date                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Southern District of California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

2/20/08
Effective Date                                     United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-052D

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ALEJANDRO ESTRADA-CANARE,
a.k.a., Gabriel Rodriguez-Garcia,

        Defendant.

---

**INDICTMENT**
8 U.S.C. § 1326(a) and (b)(2)

---

### COUNT ONE

The Grand Jury charges that:

On or about December 29, 2003, the defendant, ALEJANDRO ESTRADA-CANARE, a.k.a., Gabriel Rodriguez-Garcia, being at that time an alien, was found within the State and District of Colorado, after having been removed and deported on or about July 29, 2003, at Otay Mesa, California, subsequent to a conviction in Garfield County, Colorado, District Court Case No.02-CR-60, for commission of an aggravated felony, namely, Possession of a Schedule II Controlled Substance-Attempt, and, on or before December 29, 2003, the defendant, ALEJANDRO ESTRADA-CANARE,

a.k.a., Gabriel Rodriguez-Garcia, had not obtained, the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to re-enter the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

JOHN W. SUTHERS
United States Attorney

_____
WYATT B. ANGELO
Assistant U.S. Attorney
400 Rood Avenue Suite 220
Grand Junction, CO 81501
970 241-3843

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 29th day of Feb. '08
GREGORY C. LANGHAM
By_____
Deputy

DATE:   February 10, 2004

DEFENDANT:   Alejandro Estrada-Canare
a.k.a. Gabriel Rodriguez-Garcia

DOB:   06/09/82

ADDRESS:   In custody

OFFENSE:   8 U.S.C. § 1326(a) and (b)(2)
Unlawful re-entry of a deported alien, subsequent to an aggravated felony conviction

PENALTY:   NMT 20 years imprisonment;
NMT $250,000.00 fine, or both;
$100.00 special assessment fee

AGENT:   Steve Turza, Special Agent
U.S. Immigration and Customs Enforcement

AUTHORIZED BY:   Wyatt B. Angelo
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__x__ five days or less

THE GOVERNMENT

☒ will seek detention in this case.

☐ will not seek detention in this case.

The statutory presumption of detention **is** or **is not** applicable to this defendant. (**Circle one**)

OCDETF CASE:   _____ Yes     __x___ No

AUG 30 2004

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 04-CR-052-D |
| | USM Number: 32195-013 |
| ALEJANDRO ESTRADA-CANARE a/k/a Gabriel Rodriguez-Garcia | Janine Yunker, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count one of the Indictment.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1326(a) and (b)(2) | Unlawful Re-entry of a Deported Alien Subsequent to Deportation for an Aggravated Felony | 12/29/03 | One |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 29th day of Feb. 08
GREGORY C. LANGHAM
By_____ Deputy

August 20, 2004
Date of Imposition of Judgment

_____
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

8/24/04
Date

DEFENDANT: ALEJANDRO ESTRADA-CANARE
CASE NUMBER: 04-CR-052-D                                              Judgment-Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months.

The defendant is remanded to the custody of the United States Marshal.

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2004

GREGORY C. LANGHAM
CLERK

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: ALEJANDRO ESTRADA-CANARE
CASE NUMBER: 04-CR-052-D                                                                 Judgment-Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

The defendant must report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

DEFENDANT: ALEJANDRO ESTRADA-CANARE
CASE NUMBER: 04-CR-052-D

Judgment-Page 4 of 7

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) If the defendant is not deported, he shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2) If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within seventy-two hours of his return.

DEFENDANT:  ALEJANDRO ESTRADA-CANARE
CASE NUMBER:  04-CR-052-D                                                          Judgment-Page 5 of 7

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $100.00 | $0.00 | $0.00 |
| **TOTALS** | $100.00 | $0.00 | $0.00 |

DEFENDANT: ALEJANDRO ESTRADA-CANARE
CASE NUMBER: 04-CR-052-D                                                              Judgment-Page 6 of 7

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The special assessment is due and payable immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.

DEFENDANT: ALEJANDRO ESTRADA-CANARE
CASE NUMBER: 04-CR-052-D                                                                Judgment-Page 7 of 7

## STATEMENT OF REASONS

**The court adopts the presentence report and guideline applications without change.**

**GUIDELINE RANGE DETERMINED BY THE COURT (BEFORE DEPARTURES):**

Total Offense Level: 13

Criminal History Category: IV

Imprisonment Range: 24 to 30 months

Supervised Release Range: 2 to 3 years

Fine Range: $3,000   to   $30,000

The fine is waived because of the defendant's inability to pay.

**The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart.**

**RESTITUTION DETERMINATIONS**

Total Amount of Restitution: None.

The court concludes that this statement of reasons for imposing a sentence in a criminal case is presumptively a matter of public interest and scrutiny. See S. Rep. No. 225, 98th Cong., 1st Sess. 1983, 1984 U.S.C.C.A.N. 3182, 3263 (1983) ("The statement of reasons . . . informs defendant and the public of the reasons for the sentence. It provides information to criminal justice researchers.") No party has made a sufficient showing of "good cause," Fed R. Crim. P. 32(i)(4)(C), why it should **not** be a matter of public record. Therefore, to facilitate systematic documentation of any decision concerning departure, in compliance with 18 U.S.C.A. § 3553(c)(2), this statement of reasons shall be entered and filed by the clerk as part of the judgment.

INTERPRETER, TERMED

## U.S. District Court
### District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-00052-WYD-1
### Internal Use Only

Case title: USA v. Estrada-Canare

Date Filed: 02/10/2004
Date Terminated: 08/20/2004

Assigned to: Judge Wiley Y. Daniel

### Defendant (1)

**Alejandro Estrada-Canare**
*TERMINATED: 08/20/2004*
also known as
Gabriel Rodriguez-Garcia

represented by **Janine Yunker**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Janine_Yunker@fd.org
*TERMINATED: 08/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Marna Mel Lake**
Marna M. Lake, P.C.
628 Rood Avenue
#3
Grand Junction, CO 81501
970-245-7997
Fax: 245-7902
Email: marnalake@acsol.net
*TERMINATED: 02/12/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 29th day of Feb. 08
GREGORY C. LANGHAM
By_____ Deputy

### Pending Counts

8:1326A.F REENTRY OF DEPORTED ALIENS
(1)

### Disposition

deft shall be impr. for 24 mos.; 3 yrs. sup. rel.; $100 to CVF due immediately;

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                                    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                           **Disposition**
None

---

**Plaintiff**

USA                                    represented by   **Wyatt Burwell Angelo**
*TERMINATED: 08/20/2004*                                U.S. Attorney's Office-Grand Junction
                                                        402 Rood Avenue
                                                        #220
                                                        Grand Junction, CO 81501
                                                        970-241-3843
                                                        Fax: 248-3630
                                                        Email: wyatt.angelo@usdoj.gov
                                                        *TERMINATED: 08/20/2004*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2004 | 1 | INDICTMENT by USA Counts filed against Alejandro Estrada-Canare (1) count(s) 1 (klt) (Entered: 02/10/2004) |
| 02/10/2004 | 2 | ARREST Warrant issued for Alejandro Estrada-Canare (klt) (Entered: 02/10/2004) |
| 02/12/2004 |   | ARREST of defendant Alejandro Estrada-Canare on 2/12/04 (klt) (Entered: 02/17/2004) |
| 02/12/2004 | 3 | COURTROOM MINUTES Time Court Began: 10:54 Time Court Ended: 11:07 OF initial appearance before Magistrate Judge Gudrun J. Rice initial appearance of Alejandro Estrada-Canare Attorney Marna Mel Lake present; dft req additional time to prepare for det hrg; detention hearing set for 10:00 2/18/04 for Alejandro Estrada-Canare Court Reporter: Tape 04-GR-05 Interpreter: Jeannette Finlayson (klt) (Entered: 02/17/2004) |
| 02/12/2004 | 4 | CJA Form 23 (Financial Affidavit) as to Alejandro Estrada-Canare (klt) |

| | | (Entered: 02/17/2004) |
|---|---|---|
| 02/12/2004 | 5 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Marna Mel Lake appointed for Alejandro Estrada-Canare by Magistrate Judge Gudrun J. Rice (klt) (Entered: 02/17/2004) |
| 02/17/2004 | 12 | ENTRY OF APPEARANCE for defendant Alejandro Estrada-Canare by Attorney Marna Lake (ecm) (Entered: 02/25/2004) |
| 02/18/2004 | 6 | ARREST Warrant returned executed as to Alejandro Estrada-Canare on 2/12/04 (klt) (Entered: 02/20/2004) |
| 02/18/2004 | 10 | MOTION For Detention Hearing by USA regarding Alejandro Estrada-Canare (ecm) (Entered: 02/25/2004) |
| 02/18/2004 | 11 | COURTROOM MINUTES OF DETENTION HEARING Time Court Began: 10:14 Time Court Ended: 10:23 before Magistrate Judge Gudrun J. Rice; deft Alejandro Estrada-Canare present w/o counsel; ORDER: appointing federal public defender as to Alejandro Estrada-Canare; ORDER: arraignment and discov. conf. cont. to 1:00 2/23/04 for Alejandro Estrada-Canare before Magistrate Judge Gudrun J. Rice; deft condedes the issue of detention; deft remanded; Court Reporter: 04-GR-05; Interpreter: Cheryl Olson (ecm) (Entered: 02/25/2004) |
| 02/18/2004 | | (ecm) (Entered: 02/25/2004) |
| 02/20/2004 | 8 | ORDER of Detention by Magistrate Judge Gudrun J. Rice as to Alejandro Estrada-Canare (ecm) (Entered: 02/25/2004) |
| 02/20/2004 | 9 | ORDER by Magistrate Judge Gudrun J. Rice as to Alejandro Estrada-Canare for Appointment of Public Defender (ecm) (Entered: 02/25/2004) |
| 02/23/2004 | 7 | ENTRY OF APPEARANCE for defendant Alejandro Estrada-Canare by Attorney Janine Yunker (former empl) (Entered: 02/24/2004) |
| 02/23/2004 | 13 | DISCOVERY HEARING REPORT before Magistrate Judge Gudrun J. Rice estiamted trial time of 2-3 days (former empl) (Entered: 02/26/2004) |
| 02/23/2004 | 14 | COURTROOM MINUTES Time Court Began: 1:02 pm Time Court Ended: 1:11 pm OF ARRAIG/ DISC before Magistrate Judge Gudrun J. Rice dft Alejandro Estrada-Canare arraigned; NOT GUILTY plea entered; Attorney present; speedy trial times announced as follows; 70 day max 4/22/04; 30 day min 3/15/04; 90 day custody 5/12/04; discovery conf rpt signed and filed; counsel to contact Judge Daniel's chambers by 2/25/04 disc conf held on 2/23/04 as to Alejandro Estrada-Canare federal public defender as to Alejandro Estrada-Canare; effective 2/23/04 following arraignmetn and discovery conf per 2/19/04 order; Court Reporter: 04-GR-06 Interpreter: Jeanentee Finlayson (former empl) (Entered: 02/26/2004) |
| 03/02/2004 | 15 | ORDER by Judge Wiley Y. Daniel pretrial motions due by 5:00 3/11/04; responses due by 3/18/04 for Alejandro Estrada-Canare ; hearing on motions set for 4:00 3/23/04 for Alejandro Estrada-Canare ; jury trial set for 9:00 3/29/04 for Alejandro Estrada-Canare (Cert of Mailing) (former |

| | | empl) (Entered: 03/03/2004) |
|---|---|---|
| 03/15/2004 | 16 | MINUTE ORDER; before Judge Wiley Y. Daniel jury trial vacated on 3/15/04 in-court hearing vacated on 3/15/04 ; change of plea hearing set for 4:00 4/21/04 for Alejandro Estrada-Canare (former empl) (Entered: 03/16/2004) |
| 03/15/2004 | 17 | NOTICE OF DISPOSITION by Alejandro Estrada-Canare (former empl) (Entered: 03/16/2004) |
| 04/21/2004 | 18 | PLEA Agreement as to Alejandro Estrada-Canare (ecm) (Entered: 04/23/2004) |
| 04/21/2004 | 19 | TRANSLATION OF Plea Agreement [18-1] as to Alejandro Estrada-Canare (ecm) (Entered: 04/23/2004) |
| 04/21/2004 | 20 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Alejandro Estrada-Canare (ecm) (Entered: 04/23/2004) |
| 04/21/2004 | 21 | TRANSLATION OF plea statement [20-1] as to Alejandro Estrada-Canare (ecm) (Entered: 04/23/2004) |
| 04/21/2004 | 22 | COURTROOM MINUTES OF CHANGE OF PLEA Time Court Began: 4:476 Time Court Ended: 5:03 before Judge Wiley Y. Daniel; GUILTY plea entered to ct. 1 by Alejandro Estrada-Canare; sentencing hearing set for 10:00 8/20/04 for Alejandro Estrada-Canare; deft remanded Court Reporter: Kara Spitler (ecm) (Entered: 04/23/2004) |
| 04/22/2004 | 23 | MINUTE ORDER before Judge Wiley Y. Daniel; sentencing hearing set for 10:00 8/20/04 for Alejandro Estrada-Canare (ecm) (Entered: 04/23/2004) |
| 06/01/2004 | 24 | ORDER: approving Final Voucher Number 040625/25 of Marna Mel Lake for Alejandro Estrada-Canare (SUPPRESSED) (ecm) (Entered: 06/28/2004) |
| 07/16/2004 | 25 | Sentencing Letter ; PSI sent to counsel of record by prob as to Alejandro Estrada-Canare (nmb) (Entered: 07/20/2004) |
| 07/21/2004 | 26 | ARREST Warrant returned executed as to Alejandro Estrada-Canare on 2/12/04 (nmb) (Entered: 07/22/2004) |
| 08/05/2004 | 27 | MOTION Concerning Acceptance Pursuant to USSG 3E1.1 (Revised April 30, 2003) by USA regarding Alejandro Estrada-Canare (ecm) (Entered: 08/06/2004) |
| 08/11/2004 | 28 | Sentencing Letter; the addendum to the PSI sent to counsel of record by prob. re Alejandro Estrada-Canare (ecm) (Entered: 08/13/2004) |
| 08/20/2004 | 29 | COURTROOM MINUTES OF SENTENCING Time Court Began: 10:10 Time Court Ended: 11:10 before Judge Wiley Y. Daniel; sentencing Alejandro Estrada-Canare on count 1; deft shall be impr. for 24 mos.; 3 yrs. sup. rel.; $100 to CVF due immediately; , case terminated, Court Reporter: Kara Spitler Interpreter: Melinda Gonzales-Hibner (ecm) (Entered: 08/25/2004) |

| | | |
|---|---|---|
| 08/25/2004 | 30 | JUDGMENT and Commitment signed as to Alejandro Estrada-Canare by Judge Wiley Y. Daniel; eod 8/27/04 (copies distrib) (ecm) (Entered: 08/27/2004) |
| 10/13/2004 | 31 | JUDGMENT and Commitment returned executed on 9/30/04 as to Alejandro Estrada-Canare; deft surrendered to FCI, Florence, CO (ecm) (Entered: 10/14/2004) |
| 01/11/2008 | 32 | Sealed Document (lmw, ) (Entered: 01/11/2008) |
| 01/11/2008 | 33 | Sealed Document (lmw, ) (Entered: 01/11/2008) |
| 01/11/2008 | 34 | Sealed Document (lmw, ) (lmwsl, ). (Entered: 01/11/2008) |
| 01/11/2008 | 35 | Sealed Document (lmw, ) (Entered: 01/11/2008) |
| 02/29/2008 | 36 | Probation/Supervised Release Jurisdiction Transferred to the Southern District of California as to Alejandro Estrada-Canare; Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 transmittal letter)(tllsl, ) (Entered: 02/29/2008) |