Case 1:04-cr-00052-WYD   ~~Document 32 SEALED~~   Filed 01/11/2008   Page 1 of 2

PROB 12
(02/05-D/CO)

FILED

MAR 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Alejandro ESTRADA-CANARE
a/k/a Gabriel Rodriguez-GARCIA

Docket Number: 04-cr-00052-WYD-01

### Petition on Supervised Release

COMES NOW, Patrick J. Lynch, probation officer of the court, presenting an official report upon the conduct and attitude of Alejandro ESTRADA-CANARE who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, on the 20th day of August, 2004, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. If the defendant is not deported, he shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

2. If the defendant is deported, he shall not thereafter reenter the United States illegally. If the defendant reenters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein as incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the arrest of the defendant for violations of conditions of supervised release and that the petition and warrant be sealed until the arrest of the defendant.

ORDER OF THE COURT

Considered and ordered this 11th day of January, 2008, and ordered filed under seal and made a part of the record in the above case.

s/ Wiley Y. Daniel
Wiley Y. Daniel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Patrick J. Lynch
Patrick J. Lynch
Senior Probation Officer

Place: Denver, Colorado

Date: January 9, 2008

## ATTACHMENT

Attached hereto and incorporated by reference is a true copy of the Judgment in a Criminal Case ordered by the Court on August 20, 2004.

The defendant has committed the following violation of supervised release:

1. **VIOLATION OF THE LAW:**

According to information obtained from the Bureau of Immigration and Custom Enforcement (BICE), the defendant was deported from the United States in El Paso, Texas, to the Republic of Mexico on November 15, 2005. On December 25, 2007, the defendant was arrested by the U.S. Border Patrol three (3) miles east of the Otay Mesa, California Port of Entry for the offense of Deported Alien Found in the United States. The defendant made his initial appearance in the Southern District of California on December 27, 2007, and was ordered detained. The defendant's next scheduled court appearance is January 10, 2008, at 9:30 a.m. for a preliminary hearing. This case remains pending.

This constitutes a Grade B violation of supervised release.