```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )   Criminal Case No. 08CR7013-IEG
                                    )
11                     Plaintiff,   )
                                    )      **NOTICE OF APPEARANCE**
12         v.                       )
                                    )
13  ALEJANDRO ESTRADA-CANARE,       )
                                    )
14                     Defendant.   )
                                    )

15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel

18  in the above-captioned case.  I certify that I am admitted to

19  practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21      Please call me if you have any questions about this notice.

22      DATED:   April 1, 2008

23                                       Respectfully submitted,

24                                       KAREN P. HEWITT
                                         United States Attorney
25

26                                       s/ *Christopher P. Tenorio*
                                         CHRISTOPHER P. TENORIO
27                                       Assistant U.S. Attorney

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR7013-IEG |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| ALEJANDRO ESTRADA-CANARE, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2008.

                                       s/ *Christopher P. Tenorio*
                                       CHRISTOPHER P. TENORIO
                                       Assistant U.S. Attorney